**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Energy Enhancement System, LLC et al.,)      No. CV-12-2440-PHX-SMM
                                        )
        Plaintiffs,                   )
                                        )
v.                                      )      **ORDER**
                                        )
Christopher Kaufmann et al.,            )
                                        )
        Defendants.                   )
                                        )
_____ )

      Before the Court is the parties' Stipulation to Dismiss Lawsuit with Prejudice. (Doc. 53.)

      Accordingly,

      **IT IS HEREBY ORDERED dismissing with prejudice** any and all claims with all parties to bear their respective costs and attorney's fees.

      **IT IS FURTHER ORDERED denying as moot** Defendants' Motion for Summary Judgment. (Doc. 42.)

      DATED this 6th day of January, 2014.


                               Stephen M. McNamee
                         Senior United States District Judge